IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3094 |
| V. | ) | |
| JAMES FLETCHER MCCUISTON, | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a letter from the Bureau of Prisons indicating that Mr. McCuiston died while in prison.

IT IS ORDERED that:

(1) The Clerk shall file the letter.

(2) A copy of the letter shall be provided to counsel of record and United States Probation Officer Ford.

DATED this 26th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge